IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, JAMES BOLAND, GERALD O'MALLEY, KEN LAMBERT, GERARD SCARANO, H. J. BRAMLETT, EUGENE GEORGE, PAUL SONGER, WILLIAM MCCONNELL, MATTHEW AQUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK, VINCENT DELAZZERO, and BENJAMIN CAPP, )
as Trustees of, and on behalf of, the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND )
620 F Street, N.W. )
Washington, DC 20004 )
(202) 783-3788, )

JOHN FLYNN, JAMES BOLAND, GERALD O'MALLEY, EUGENE GEORGE, MATTHEW AQUILINE, MICHAEL SCHMERBECK, GREGORY HESS, AND PAUL SONGER )
as Trustees of, and on behalf of, the BRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL HEALTH FUND )
620 F Street, N.W. )
Washington, DC 20004 )
(202) 783-3788, )

and, )

JIM ALLEN, MATTHEW AQUILINE, LON BEST, JAMES BOLAND, TED CHAMP, RAYMOND CHAPMAN, VINCENT DELAZZERO, BRUCE DEXTER, JOHN FLYNN, EUGENE GEORGE, GREGORY HESS, FRED KINATEDER, DAN KWIATKOWSKI, KEN LAMBERT, SANTO LANZAFAME, DICK LAUBER, WILLIAM MCCONNELL, EDWARD NAVARRO, GERALD O'MALLEY, JOHN PHILLIPS, CHARLES RASO, MARK ROSE, KEVIN RYAN, GERARD SCARANO, MICHAEL SCHMERBECK, PAUL SONGER, JOSEPH SPERANZA, and FRED VAUTOUR )
as Trustees of, and on behalf of, the INTERNATIONAL MASONRY INSTITUTE )
620 F Street, N.W. )
Washington, DC 20004 )
(202) 783-3788, )

| | | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. |
| NORRIS & SON, INC.<br>4015 Calhoun Avenue<br>Chattanooga, TN 37407, | ) | |
| Defendant. | ) | |

**COMPLAINT**

Plaintiffs, by their attorneys, DICKSTEIN SHAPIRO LLP, complaining of the Defendant, allege as follows:

**CAUSE OF ACTION**

**Jurisdiction and Venue**

1. This is an action brought by the fiduciaries of the Bricklayers & Trowel Trades International Pension Fund ("IPF" or "Fund"), the fiduciaries of the Bricklayers & Allied Craftworkers International Health Fund ("IHF") and the fiduciaries of the International Masonry Institute ("IMI") to enforce the terms of the Plan and Trust Agreements adopted by the IPF, IHF and IMI, and the provisions of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). This action arises under the laws of the United States, specifically Section 502(a)(3), 502(g)(2), and 515 of ERISA, 29 U.S.C. §§ 1132(a)(3), 1132(g)(2), 1145. Pursuant to Section 502(e)(1) of ERISA, 29 U.S.C. § 1132(e)(1), jurisdiction is therefore conferred on this Court.

2. The IPF, IHF and IMI are administered in the District of Columbia. Venue for the claims asserted by the IPF, IHF and IMI is conferred on this Court pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. § 1132(e)(2), which provides:

> (2) Where an action under this subchapter is brought in a district court of the United States, it may be brought in the district where the plan is

administered, where the breach took place, or where a defendant resides or may be found, and process may be served in any other district where a defendant resides or may be found.

**Parties**

3. Plaintiffs, John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H. J. Bramlett, Eugene George, Paul Songer, William McConnell, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent DeLazzero and Benjamin Capp, are Trustees of, and sue on behalf of, the IPF. The IPF is an "employee benefit plan" within the meaning of Section 3(3) of ERISA, 29 U.S.C. § 1002(3), and is a "multiemployer plan" within the meaning of Section 3(37) of ERISA, 29 U.S.C. § 1002(37). The IPF trustees bring this action on behalf of, and for the benefit of, the beneficiaries of the IPF in their respective capacities as fiduciaries.

4. Plantiffs, John Flynn, James Boland, Gerald O'Malley, Eugene George, Matthew Aquiline, Michael Schmerbeck, Gregory Hess and Paul Songer, are trustees of, and sue on behalf of the IHF. The IHF is an "employee benefit plan" within the meaning of Section 3(3) of ERISA, 29 U.S.C. § 1002(3), and is a "multiemployer plan" within the meaning of Section 3(37) of ERISA, 29 U.S.C. § 1002(37). The IHF trustees bring this action on behalf of, and for the benefit of, the beneficiaries of the IHF in their respective capacities as fiduciaries.

5. Plaintiffs, Jim Allen, Matthew Aquiline, Lon Best, James Boland, Ted Champ, Raymond Chapman, Vincent Delazzero, Bruce Dexter, John Flynn, Eugene George, Gregory Hess, Fred Kinateder, Dan Kwiatkowski, Ken Lambert, Santo Lanzafame, Dick Lauber, William McConnell, Edward Navarro, Gerald O'Malley, John Phllips, Charles Raso, Mark Rose, Kevin Ryan, Gerard Scarano, Michael Schmerbeck, Paul Songer, Joseph Speranza and Fred Vautour, are Trustees of, and sue on behalf of the IMI. The IMI is an "employee benefit plan" within the meaning of Section 3(3) of ERISA, 29 U.S.C. § 1002(3), and is a "multiemployer plan" within the meaning of Section 3(37) of ERISA, 29 U.S.C. § 1002(37). The IMI trustees

bring this action on behalf of, and for the benefit of, the beneficiaries of the IMI in their respective capacities as fiduciaries.

6. Defendant, Norris & Son, Inc. ("Norris & Son") is, and at all times hereinafter mentioned was, a company maintaining offices and conducting business in the state of Tennessee.

7. Defendant employs or has employed members of the International Union of Bricklayers and Allied Craftsmen and its affiliated local unions ("Union").

**Violation Charged**

8. Norris & Son acting through its authorized agents or officers, executed collective bargaining agreements with the Union. Those collective bargaining agreements are annexed hereto as Exhibit A and B and are hereinafter referred to as the "Agreements."

9. Pursuant to the Agreements, Defendant agreed to make certain payments to the IPF, IHF and IMI on behalf of covered employees of Defendant.

10. Having submitted some contributions, Defendant has demonstrated an awareness of the obligation to make those payments.

11. An examination of Defendant's books and records ("audit") performed by the independent accounting firm of Calibre CPA Group PLLC covering the time period January 2001 through December 2003 revealed that Defendant failed to properly submit required reports and contribution payments for work performed during this time period.

12. The total of contributions due the IPF, IHF and IMI by Defendant for work performed during the months of January 2001 through December 2003, as determined by the audit, amounts to $69,867.76.

13. Under the terms of the Plan and Trust Agreements adopted by the IPF, IHF and IMI, interest in the amount of $26,378.87 calculated from the Due Date at the rate of 15 percent per annum and additional interest in the amount of $26,378.87 calculated from the Due Date at the rate of 15 percent per annum have been assessed on such delinquent contributions determined due by the audit.

14. Plaintiffs have brought this action in faithful performance of the fiduciary duties imposed upon them under Section 404(a)(1) of ERISA, 29 U.S.C. § 1104(a)(1). Plaintiffs have been, and are, incurring additional attorney's fees as a direct result of Defendant's failure to pay contributions in accordance with the terms and conditions of the Agreements.

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

1. For the total amount of $126,067.52, which is constituted as follows:

a. For unpaid contributions in the amount of $69,867.76 payable to the IPF, IHF and IMI for the time period January 2001 through December 2003, plus any and all additional amounts found to be due and owing through the date of judgment (ERISA Section 502(g)(2)(A); General Collection Procedures of the Central Collections Unit of the Bricklayers and Allied Craftworkers ("Collection Procedures"));

b. For interest in the amount of $26,378.87 assessed on such unpaid contributions, calculated at 15 percent per annum from the Due Date (ERISA Section 502(g)(2)(B); Collection Procedures);

c. For additional interest in the amount of $26,378.87, assessed on such unpaid contributions, calculated at the rate of 15 percent per annum from the Due Date (ERISA Section 502(g)(2)(C)(i); Collection Procedures);

d. For the costs of filing this action in the amount of $350.00 (ERISA Section 502(g)(2)(D));

e. For the costs of conducting the audit in the amount of $3,141.02 (ERISA Section 502(g)(2)(D));

2. In the amount of Five Thousand Dollars ($5,000.00), and such additional amounts as may be incurred, representing attorney's fees and costs of this action (ERISA Section 502(g)(2)(D)).

3. That Defendant be directed to comply with its obligations to submit all required reports and to make all contribution payments due and owing to the IPF, IHF, and IMI, and to pay the costs and disbursements of this action.

4. Such other relief as this Court deems appropriate, including judgment for any contributions, and interest thereon that may accrue subsequent to the filing of this complaint, as well as any resulting statutory damages thereon under ERISA.

Dated: November 15, 2007

By: [signature]

Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
(202) 420-2200

Attorney for Plaintiffs

**EXHIBIT A**

√ FL9806 A

BRICKLAYERS LOCAL 1

RECEIVED OCT 1 0 1999

INDUSTRIAL AGREEMENT

Between

INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSWORKERS
LOCAL UNION 1, JACKSONVILLE FLORIDA - NORTH CHAPTER

And

UNION CONTRACTORS AND SUBCONTRACTORS ASSOCIATION, INC.

Effective MAY 1, 1998, through APRIL 30, 2001

This is a copy printed from the IUBAC Document Management System.

## INDEX


| | Page | Lines | Article |
|---|---|---|---|
| Apprentices | 8 | 22-29 | 14 |
| | 9 | 1-39 | |
| | 10 | 1- 3 | |
| Bargaining Recognition | 1 | 1-27 | 1 |
| | 2 | 1-17 | |
| Checkoff | 18 | 36-39 | 33 |
| | 19 | 1-38 | |
| | 20 | 1-14 | |
| Contractors Signatory to This Agreement | 20 | 15-29 | 34 |
| Contractor's Signature Page | 23 | | |
| Doctor Visits | 12 | 18-27 | 21 |
| Duration | 21 | 25-29 | 37 |
| | 22 | 1- 9 | |
| Emergency Work | 12 | 16-17 | 20 |
| Employment | 7 | 14-32 | 11 |
| | 8 | 1-10 | |
| Foreman | 8 | 15-21 | 13 |
| Four Ten-Hour Work Days | 5 | 1- 7 | 5 |
| Fringe Benefit Funds | 14 | 11-33 | 26 |
| | 15 | 1-10 | |
| Geographical Area | 8 | 11-14 | 12 |
| Grievance Procedure | 3 | 15-34 | 3 |
| | 4 | 1-23 | |
| Hard Hat and Safety Shoes | 13 | 4- 5 | 23 |
| Holidays | 5 | 8-16 | 6 |
| Hot Work | 6 | 23-33 | 9 |
| | 7 | 1- 4 | |
| Insurance | 7 | 5-13 | 10 |
| Leave of Absence | 14 | 8-10 | 25 |
| Maintenance of Standards | 21 | 18-24 | 36 |
| Overtime | 15 | 14-32 | 28 |
| Overtime Meals | 16 | 1-10 | 29 |
| Premium Pay | 16 | 13-29 | 31 |
| Refreshment | 16 | 11-12 | 30 |
| Reporting Time | 10 | 4-24 | 15 |
| Safety and Sanitation | 6 | 1-22 | 8 |
| Scaffolds | 12 | 1-15 | 19 |




This is a copy printed from the IUBAC Document Management System.

| | Page | Lines | Article |
|---|---|---|---|
| Shelter and Storage | 13 | 1- 3 | 22 |
| Shift Work | 11 | 8-26 | 18 |
| Signature Page | 22 | | |
| Stewards | 13 | 6-31 | 24 |
| | 14 | 1- 7 | |
| Strikes and Lockouts | 2 | 18-34 | 2 |
| | 3 | 1-14 | |
| Substance Abuse Testing | 15 | 11-13 | 27 |
| Termination | 5 | 17-31 | 7 |
| Tools | 10 | 25-31 | 16 |
| | 11 | 1- 2 | |
| Travel | 11 | 3- 7 | 17 |
| Traveling Contractors | 21 | 1-17 | 35 |
| Wages | 17 | 1-41 | 32 |
| | 18 | 1-35 | |
| Work Week | 4 | 24-37 | 4 |




This is a copy printed from the IUBAC Document Management System.

# AGREEMENT

Effective MAY 1, 1998, through APRIL 30, 2001

INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN
LOCAL UNION 1, JACKSONVILLE, FLORIDA

And

UNION CONTRACTORS AND SUBCONTRACTORS ASSOCIATION, INC.

## ARTICLE 1
## BARGAINING RECOGNITION

It is mutually agreed, understood, and acknowledged that the International Union of Bricklayers and Allied Craftsmen, Local Union 1, Jacksonville,FL. a labor Union duly licensed in the State of Florida, hereinafter referred to as the Union, a non-profit organization, is the duly authorized and recognized bargaining representative of bricklayers, stone masons, caulkers, pointers, cleaners, tile setters, marble masons, terrazzo and mosaic workers, and cement masons in the geographical area covered by this Agreement.

It is mutually agreed, understood, and acknowledged that the Union Contractors and Subcontractors Association, Inc., hereinafter referred to as the Association, is the duly authorized and recognized representative of contractors of workers of the above listed crafts in the geographical area covered by this Agreement.

This Agreement is negotiated by the Association as negotiating agent only, for and on behalf of those firms whose names appear in this contract, which firms' liability for the breach of this Agreement shall be several, not joint.

Contractor firms not listed in this contract may become party to this contract by direct application to, and approval by, the Union. The Union shall notify the Association of the names of additional contractor firms that become signatory to this contract.

The liability of the Union Contractors and Subcontractors Association, Inc., shall be that of negotiating agent only, acting without liability for the acts of its individual members or of others party to this contract.

Any contractor signatory to this Agreement, or otherwise bound by this Agreement, acknowledges that it may give both the Union and the


This is a copy printed from the IUBAC Document Management System.

Association written notice not less than 120 days prior to the termination date of this Collective Bargaining Agreement, or prior to the termination of any subsequent renewal, modification, or extension hereof, of said contractor's intention to no longer be bound by the Association as its Collective Bargaining representative, and failing to give said notice, it agrees to be bound by each subsequent renewal, modification, or extension of this Collective Bargaining Agreement until and unless timely notice as aforesaid is given prior to the termination of said Collective Bargaining Agreement or prior to the termination of any subsequent renewal, modification, or extension hereto. If no notice is given as aforesaid, all subsequent Collective Bargaining Agreements negotiated between the Association and the Union shall be deemed to have been negotiated on behalf of the contractor and shall be executed by the contractor upon request of the Union.

The parties hereto mutually agree that all plasterers are expressly excluded from the terms of this Agreement.

## ARTICLE 2
## STRIKES AND LOCKOUTS

The parties hereto agree that there shall be no lockouts on the part of the contractors. The Union covered by this Agreement shall not engage in any strike, slowdown, work stoppage, planned inefficiency, or other interference with work, or threat or inducement of the same, during the term of this Agreement and any extension thereof; however, in the event of any breach of this provision, the parties agree that a strike, slowdown, or work stoppage against one or more of the contractors covered by this Agreement shall be considered as a strike against all the contractors party hereto; and, in such event, the contractors covered by this Agreement may lock out all employees covered; and the Union and the employees waive all rights or causes of action resulting therefrom.

Legal picket lines of other trade unions are specifically excluded from the coverage of this Article. Jurisdictional pickets shall be a violation of this Agreement. A jurisdictional dispute shall be defined as a disagreement of assignment of work between two or more crafts.



This is a copy printed from the IUBAC Document Management System.

The failure or refusal of employees to work or of the Union to refer employees to contractors delinquent in making the contributions required in this contract is specifically excluded from the coverage of this Article.

It is understood and mutually agreed that there shall be no strikes or lockouts over a dispute concerning this Agreement during its term until the grievance procedures described in this contract have been exhausted and, then, only in the event a party fails or refuses to abide by a final decision. This Article shall not apply in those cases where a contractor fails or refuses to make, in whole or in part, any payments required under this Agreement, including all wages, Local Union fringe benefits, and Agreement Administration/Training, or other contributions that have been established through bona fide collective bargaining.

## ARTICLE 3
## GRIEVANCE PROCEDURE

All disputes arising under the terms of this Agreement, except work assignment disputes and disputes relating to payment of wages, to Health and Welfare, Pension, and Apprenticeship Training Funds, and Agreement Administration/Training, shall be settled as follows:

Any grievance by a Union representative or a contractor representative shall be verbally expressed to the other through the chain of command to reach those in authority, such as, the steward and superintendent, within seventy-two (72) hours (three working days) of the time of the grievance or the grievance is null and void. A meeting shall be held on the jobsite and a serious and sincere effort shall be made between the parties of the dispute to arrive at a settlement. If they cannot agree, either party may submit the dispute, in writing, to the Joint Grievance Committee within one hundred twenty (120) hours (five working days), excluding Saturdays and Sundays. Such notice shall be supplied to the Local Union business office and to the office of the Association.

Upon receipt of the notice by the Union business office and the office of the Association, they will then contact one another and establish a meeting date, place, and time, within one hundred twenty (120) hours (five working days), excluding Saturdays and Sundays, of



This is a copy printed from the IUBAC Document Management System.

the receipt of such notice for the Joint Committee to meet. This time limit can be extended by mutual agreement. The Joint Committee shall be composed of two Union business agents or assistant business agents, other than Bricklayers, and two contractors not involved in the dispute. These four individuals will jointly agree upon a fifth party who will serve as Chairman. The decision of the Joint Committee shall be rendered verbally at the conclusion of the meeting and distributed to all parties, in writing, by the Executive Vice President of the Association, within five (5) working days, excluding Saturdays and Sundays, and shall be final and binding on both parties subject to judicial review.

In the event that such decision is subject to judicial review, determination of whether or not the question at issue is arbitrable shall be resolved by the court; and, in that event, this Agreement shall not be construed to give the Joint Committee the power to decide the question of arbitrability.

In the event of judicial review, it is agreed that all costs of such review, including reasonable attorneys' fees for the other party, shall be paid by the party who loses in the last court to which either party resorts.

Either party who fails to cooperate in setting up this grievance procedure, or fails to expeditiously follow it, shall forfeit his claim.

## ARTICLE 4
## WORK WEEK

The normal work week shall consist of five (5) days of eight (8) hours each, Monday through Friday; and a regular schedule of working hours shall be established between the hours of 7:00 a.m. and 4:30 p.m., with a suitable time for unpaid lunch; provided, however, that by mutual consent, these hours may be modified to any daylight hours when working conditions are more favorable to the health and safety of the workers and to the progress of the job.

| | | |
|---|---|---|
| Monday | 7:00 a.m. to 7:00 a.m. | Tuesday |
| Tuesday | 7:00 a.m. to 7:00 a.m. | Wednesday |
| Wednesday | 7:00 a.m. to 7:00 a.m. | Thursday |
| Thursday | 7:00 a.m. to 7:00 a.m. | Friday |
| Friday | 7:00 a.m. to 7:00 a.m. | Saturday |
| Saturday | 7:00 a.m. to 7:00 a.m. | Sunday |
| Sunday | 7:00 a.m. to 7:00 a.m. | Monday |



This is a copy printed from the IUBAC Document Management System.

## ARTICLE 5
## FOUR TEN-HOUR WORK DAYS

The contractor will have the prerogative to work four (4) ten (10) hour work days, Monday through Thursday, at straight time by notifying the Union three (3) days in advance and three (3) days notice at the conclusion of a 4-10 work week. Friday will be a makeup day; a minimum of ten (10) hours will be worked on the make-up day. All hours worked over forty (40) will be at time and one-one-half.

## ARTICLE 6
## HOLIDAYS

Holidays recognized in this Agreement are:

1. New Year's Day
2. Memorial Day
3. Fourth of July
4. Labor Day
5. Thanksgiving Day
6. Day after Thanksgiving
7. Christmas Day

No work shall be performed on Labor Day except when the same is necessary to save life or to preserve property, and when permission has been given by the Union. If a holiday falls on Sunday, the following Monday shall be recognized as the holiday.

## ARTICLE 7
## TERMINATION

Employees terminated by discharge or reduction in force shall be paid, at the time of termination, all wages due them; but any employee who quits shall be paid at the next regular pay day and shall receive pay for hours worked only.

An employee being terminated shall be notified of the termination in sufficient time to have thirty (30) minutes to collect, clean, and pack his tools, when necessary; and if such notice is not given, he shall be paid at the straight time rate for that portion of the thirty (30) minutes for which he was not notified unless this causes the employee to be detained past quitting time, in which case, he shall be paid waiting time at the overtime rate.

Any employee found guilty of fighting, drinking, not abiding by safety rules and regulations, not using latrines, or possession of narcotics or a deadly weapon may be relieved of his employment and refused further employment for these reasons.



This is a copy printed from the IUBAC Document Management System.

## ARTICLE 8
## SAFETY AND SANITATION

The contractor agrees to conform with standards for workers' protection and safety in compliance with all state and federal laws; to provide drinking water, to be iced, individual drinking cups and/or fountains; and sanitary toilet facilities.

The contractor, the Union, and the employees covered by this Agreement agree to cooperate to the fullest extent to ensure that the safety and health of the employees are protected.

Contractors shall furnish regulation masks and goggles for workers employed on cutting machines for masonry materials. Dust catchers or exhaust fans shall be supplied for dry masonry saws. Contractors shall furnish a safety shield partition for eye protection from flying metal, and dangerous conditions such as welding and grinding; and provide air movers for cutting out, and for repair in acid tanks, towers, lime kilns, or where dangerous, irritating, or toxic fumes are present.

When required by the contractor, workers shall submit to a prehire and/or preplacement physical examination at the contractor's expense and on the contractor's time.

Masonry units weighing forty (40) pounds or more shall be set by two (2) masons.

Apprentice bricklayers who are not in their fifth six-month period or more of training may not operate masonry saws.

## ARTICLE 9
## HOT WORK

Hot work will involve work performed on glass, aluminum, or zinc furnaces or components; under conditions involving exposure of members to extreme heat. The exact circumstances under which hot work premium will apply shall be worked out by the respective contractors and the business manager. Any disputes which may arise under this Article will be referred back to the negotiating committees of the Union Contractors and Subcontractors Association, Inc., and Bricklayers Local 1 for settlement.

Members working on hot work shall receive 50% more than the straight time base hourly wage on hours worked (excluding all fringes, except vacation). This hot work premium shall not apply to



This is a copy printed from the IUBAC Document Management System.

any of the double time rate of pay on overtime basis.

When bricklayers are employed on hot work, such as glass and steel plants, the contractor shall provide proper counter-fatigue aids which shall meet OSHA or applicable state standards.

ARTICLE 10

INSURANCE

It is mutually agreed and understood that the contractor will provide unemployment compensation insurance and workers' compensation insurance. This insurance must be equal to, but need not exceed, insurance required by the provisions of the Florida Unemployment Compensation Law and the Florida Workers' Compensation Law; and workers shall not accept employment from any contractor who does not comply with these Florida laws. It shall be the duty of the Union to obtain, and the duty of the contractor to supply, evidence that this provision is being complied with by his firm.

ARTICLE 11

EMPLOYMENT

The contractor will secure employees in accordance with the terms of this Agreement first by requesting the Union to furnish employees and, if it is unable to do so, by hiring at the jobsite. The Union agrees that, when a contractor requests employees, it will at all times, in good faith and using its best efforts, undertake to furnish qualified, competent craftsmen.

When a contractor requests men from the Union, referral by the Union of such men shall be under the following conditions:

Selection of applicants for referral to jobs shall be on a non-discriminatory basis and shall not be based on, nor in any way affected by, Union membership, bylaws, rules, regulations, constitutional provisions or any other aspect or obligation of Union membership, policies, or requirements.

Each contractor retains the right to reject any job applicant referred by the Union.

All conditions and requirements of Executive Order No. 11246 and regulations of the Equal Employment Opportunity Commission shall apply and be observed.

The contractor agrees that first preference in employment shall



This is a copy printed from the IUBAC Document Management System.

be given to individuals who are participants in the employee welfare funds provided by this Agreement, who are currently covered or insured under the Florida West Coast Trowel Health and Welfare Fund, and who are residents of the geographical area of this Agreement, provided said individuals are qualified to perform the work.

Older Union craftsmen over the age of sixty-five (65) may be employed, at a reduced scale agreeable to the Business Agent and the contractor, to enable the craftsmen to continue to work and to give the contractor economic consideration.

ARTICLE 12
GEOGRAPHICAL AREA

The geographical area covered by each Local is: Duval, Escambia, Santa Rosa, and Okaloosa Counties. Franklin, Gadsden, Leon, Taylor, Madison, Hamilton, Dixie, Liberty, Jefferson, Lafayette, and Wakulla counties. Gulf, Jackson, Walton, Washington, Bay, Calhoun, and Homes Counties.

ARTICLE 13

FOREMAN

When three (3) or more members of the same classification of the trowel trades are employed on a job, one of them shall be a foreman. When three (3) trowel trades foremen are employed on the same job, a general foreman shall be employed. The foreman scale shall be the journeyman scale plus sixty cents($.60) per hour. The general foreman scale shall be the journeyman scale plus one dollar and twenty ($1.20) per hour.

ARTICLE 14

APPRENTICES

The contractor agrees to employ apprentices under the terms of the standards of the appropriate Trowel Trades Joint Apprenticeship Committee as approved by the Department of Apprenticeship of the State of Florida and the Bureau of Apprenticeship and Training of the U.S. Department of Labor, as amended, in compliance with Title 29, Code of Federal Regulations, Part 30 and to maintain in his employ only apprentices to who fully comply with these standards. The ratio of apprentices to mechanics is one (1) apprentice after



This is a copy printed from the IUBAC Document Management System.

the first three (3) mechanics and one (1) additional apprentice for each five (5) mechanics after the first three (3), or as otherwise provided by the Apprenticeship Committee.

Wages of apprentices shall be a percent of the journeymen rate as follows:

| Bricklayers | | Cement Masons | | Other Classifications | |
|---|---|---|---|---|---|
| 1st 3 months | 50% | 1st 6 months | 70% | 1st 3 months | 50% |
| 2nd 3 months | 55% | 2nd 6 months | 75% | 2nd 3 months | 55% |
| 2nd 6 months | 60% | 3rd 6 months | 80% | 2nd 6 months | 65% |
| 3rd 6 months | 65% | 4th 6 months | 85% | 3rd 6 months | 75% |
| 4th 6 months | 75% | 5th 6 months | 90% | 4th 6 months | 85% |
| 5th 6 months | 85% | 6th 6 months | 95% | 5th 6 months | 90% |
| 6th 6 months | 95% | | | 6th 6 months | 95% |

The contractors and Union acknowledge their responsibilities in the training of apprentices. The contractors and Union further recognize that a viable apprenticeship program requires that an apprentice receive both classroom instruction and related training in order for the apprenticeship program to adequately service the needs of the industry. The contractor and the Union hereby agree to assist the Apprenticeship Committee in the enforcement of rules established by the Committee and by the State of Florida which require that an apprentice attend classes for a minimum of 144 hours per year. As a part of that assistance, the contractor hereby agrees to refuse to provide related training, upon request of the Apprenticeship Committee, for any apprentice who fails, without reasonable excuse, to attend apprenticeship classes on a regular basis. It is acknowledged by the contractor that the failure to deny such related training results in economic loss to the Apprenticeship Committee in an amount which is unknown and is not susceptible to easy calculation but includes the following elements:

Additional expenditures by the Apprenticeship Committee to provide training classes for an apprentice who failed to attain the necessary 144 hours of training and thus is required to repeat an entire level of training.

Potential loss of funding by the state and/or county and/or school board which could occur in the event that the number of apprentices attending classes falls below the minimal number for which funding is allowed.

In view of establishing the exact economic loss, the contractor



This is a copy printed from the IUBAC Document Management System.

agrees to pay liquidated damages to the Apprenticeship Committee in the amount of $250.00 for each refusal to deny related training under the foregoing circumstances.

## ARTICLE 15
## REPORTING TIME

An employee who reports for work at the beginning of a shift, unless he has received previous notice not to report, and is not put to work, shall receive two (2) hours' pay. If the employee starts to work at the beginning of a shift, he shall receive four (4) hours' pay. If he works the first half of the day (four hours) and resumes work after the first half of the day, he shall receive a full day's pay. In any event, he shall stay on the job for the full time for which he is paid unless he is dismissed by the contractor, and shall perform whatever duties appropriate to his classification he may be assigned; provided, however, that the provisions above shall not apply where the employee voluntarily quits or is not put to work because of inclement weather, breakdown of machinery, or any cause beyond the control of the contractor.

Failure of the contractor to have adequate material on the site to permit the job to operate will not be considered as relief from this reporting time provision except as stated above when such failure is beyond the contractor's control.

Any employee discharged for inefficiency, insubordination, intoxication, fighting, not using latrines, possession of deadly weapons, or not complying with safety rules and regulations shall receive pay for actual hours worked.

## ARTICLE 16
## TOOLS

Contractors shall furnish, and keep in condition, saws for cutting gypblock and insulation brick. Except for firebrick work, only trowels may be used for placing mortar upon work. Lines must be used on both sides of brick walls exceeding nine inches (9") in thickness.

Trowel trades craftsmen and apprentices shall be financially responsible for negligent or intentional loss of or damage to contrac-



This is a copy printed from the IUBAC Document Management System.

tors' tools and equipment assigned to them. The Union shall assist contractors in making recovery for loss of or damage to said tools.

## ARTICLE 17

## TRAVEL

When an employee is required by the contractor to use his vehicle for the benefit of the contractor, except to transport himself and his personal tools, he shall be reimbursed at the rate of thirty-two cents ($.32) per mile. This per mile travel rate shall conform to the U.S. Government rate of pay.

## ARTICLE 18

## SHIFT WORK

### THREE EIGHTS

Work eight, pay for eight. Work seven and one-half, pay for eight. Work seven, pay for eight.

Shifts: 7:00 a.m. - 3:30 p.m.
3:30 p.m. - 11:30 p.m.
11:30 p.m. - 7:00 a.m.

### TWO NINES

First Shift: Nine and one-half hours, eight hours straight time, one hour time and one-half, one-half hour meal.

Second Shift: Nine hours, eight hours straight time, one hour time and one-half, one-half hour meal, $.25 premium each hour paid.

Shifts: 7:00 a.m. - 4:30 p.m.
5:00 p.m. - 2:00 a.m.

### TWO TENS

First Shift: Ten and one-half hours, eight hours straight time, two hours time and one-half, one-half hour meal.

Second Shift: Work nine and one-half hours, on the job ten hours, eight hours straight time, two hours time and one-half, one-half hour meal, $.25 premium for all hours paid. Craftsmen will be sent from Hall with hourly rate, to include the $.25 premium. Realize that the overtime hours will be $.375 and not $.25 on the premium pay.

Shifts: 7:00 a.m. - 5:30 p.m.
6:00 p.m. - 4:00 a.m.

### TWO TWELVES

First Shift: Twelve hours, eight hours straight time, three and one-half hours time and one-half, one-half hour meal.

Second Shift: Twelve hours, eight hours straight time, four hours time and one-half, mealtime paid, $.25 per hour premium.

Shifts: 7:00 a.m. - 7:00 p.m.
7:00 p.m. - 7:00 a.m.

Shift work must be scheduled in advance.



This is a copy printed from the IUBAC Document Management System.

ARTICLE 19

SCAFFOLDS

Scaffolds shall be four feet (4') high for bricklayers and block-layers; however, any additional heights can be used when mutually agreed upon by the contractor and the Union. Bricklayers' scaffolds shall be at least four feet (4') wide. No scaffold shall be built more than six inches (6") above the wall. All scaffolds twelve feet (12') or more in height shall have rigid guard rails. No leanto or two-legged scaffolds shall be used. When employees are working on a job where men are working above them, they shall be provided with proper covering to protect them from danger.

No more than two (2) men may occupy a painters' stage at the same time. Safe ladders or other reasonable and safe access to scaffolds shall be provided. No employee shall be laid off for scaffold erection or stocking. Employees working on swinging, hung, or suspended scaffolds less than four feet (4') in width shall be paid twenty-five cents ($.25) per hour more than the journeyman scale.

ARTICLE 20

EMERGENCY WORK

In the event of any emergency, workers shall work the required overtime as the occasion demands to protect life and property.

ARTICLE 21

DOCTOR VISITS

An employee requiring medical attention in a doctor's office or hospital, who does not return to work, will be paid for his scheduled work day. The employee will obtain, from the attending physician, a statement of the time such treatment ends and will return to work without delay, provided it is feasible for him to reach the job before the normal work day has ended.

If an employee injured on the job returns to work but requires subsequent medical treatment for the injury, he shall receive it without loss of pay for the time he is off the job, as long as not abused, for the first two (2) visits after the initial injury.



This is a copy printed from the IUBAC Document Management System.

## ARTICLE 22
## SHELTER AND STORAGE

A suitable and clean enclosed shelter and storage space with lock shall be provided by the contractor for the use of employees covered by this Agreement.

## ARTICLE 23
## HARD HAT AND SAFETY SHOES

All craftsmen will furnish their own OSHA approved hard hat. If the client requires safety shoes, the craftsmen will furnish same.

## ARTICLE 24
## STEWARDS

The Steward shall be appointed from employees on the job. He may be removed as such, and shall be subject to the authority of the Business Manager. These are the recognized duties of the Steward:

1. To see whether the provisions of this Agreement are adhered to and to notify the Job Superintendent and his Business Representative if they are not.

2. To represent employees on the job on any question which may arise.

3. To report promptly all sickness and injury on the job to the employer, who shall have someone accompany the sick or injured man to his home or the hospital, if necessary; to report the injury at the first opportunity to his Local. If the Job Steward is injured, the employees shall select an acting Steward, subject to the approval of the Business Representatives.

4. To inspect all scaffolds to ascertain that they are in accordance with all safety code requirements.

5. To see that overtime is distributed as evenly as practical among the employees on the job.

The contractor or his representative shall notify the Union office of his intention to discharge a Steward, for cause, not less than eight (8) hours prior to the intended discharge; however, in the event the Steward is discharged for insubordination, gambling, intoxication, fighting, drinking, not abiding by safety rules and regulations, not using latrines, or possessing deadly weapons, this notification shall not be required.



This is a copy printed from the IUBAC Document Management System.

The Shop Steward shall remain on the job until his duties as Steward are concluded.

Stewards will know and completely understand their local and national agreements and all documents referred to therein. They shall be properly schooled in the correct performance of their duties and qualify as a Steward before being assigned to this important position on the job.

ARTICLE 25

LEAVE OF ABSENCE

When requested by the Union, the employer shall grant any duly elected officer or delegate of the Union leave of absence, without discrimination, for the purpose of taking care of his duties.

ARTICLE 26

FRINGE BENEFIT FUNDS

Each contractor shall pay to the following fringe benefit funds the rates provided for in this Collective Bargaining Agreement for each hour worked by employees covered by this Collective Bargaining Agreement, such contributions to be made no later than the 15th day of the month following the month in which the hours were worked. Such payments may be made in a single check made payable to Bricklayers Local #1, Tampa, Escrow Account and shall be accompanied by a written report setting forth the name, social security number, gross wages, dues checkoff, and hours worked by each person covered by the Agreement.

Florida West Coast Trowel Trades Welfare Fund
Florida West Coast Trowel Trades Pension Fund
International Pension Fund
Florida West Coast Trowel Trades Apprenticeship Trust Fund
International Masonry Institute
Contractors-Unions Cooperation Building and Maintenance Industry Trust
Safety Training Trust Fund
Agreement Administration/Training

Each contractor hereby ratifies the Agreements and Declarations of Trust and Rules and Regulations of the fringe benefit funds, including all collection procedures now or hereafter established by the trustees and any Amendments or Restatements thereof as fully as



This is a copy printed from the IUBAC Document Management System.

if such contractor was signatory to such document.

Notwithstanding any other provisions of this Agreement, the obligation to make fringe benefit fund contributions at the rates set forth herein, and under the terms and conditions set forth herein, shall continue beyond any expiration date of this Agreement until the date the contractor executes or becomes bound by a successor Collective Bargaining Agreement or notifies the trustees, in writing, that it has bargained with the Union for a successor Agreement and that an impasse in such bargaining has been reached and notifies the trustees the specific date that such impasse was reached.

## ARTICLE 27
## SUBSTANCE ABUSE TESTING

The Employer has the right to implement a non-discriminatory alcohol, illegal drugs, and substance abuse policy, subject to the grievance and arbitration procedures provided herein.

## ARTICLE 28
## OVERTIME

The overtime rate for bricklayers shall be time and one-half the first two hours after eight, Monday through Friday, time and one-half the first ten hours on Saturday; all other hours, to include Sundays and holidays, at double time.

The overtime rate for cement masons, tile setters, and terrazzo workers shall be time and one-half for hours worked outside of the regular work day, Monday through Friday. The first ten hours on Saturday shall be worked at time and one-half; all other hours at the appropriate rate.

If the Union grants better overtime conditions different than those stipulated in this contract, then all contractors signatory to this Agreement shall also be granted the same conditions. Likewise, if the contractor pays more favorable overtime conditions to other craftsmen working under this contract on the same project, then the best conditions will be extended to all craftsmen.

If the craftsmen are called out other than their regular work hours, Monday through Friday, then the first two hours shall be at time and one-half; the balance shall be at the appropriate rate except the first ten hours on Saturday.



This is a copy printed from the IUBAC Document Management System.

## ARTICLE 29
## OVERTIME MEALS

When a craftsman is required to work more than eleven (11) hours, the employer will furnish a hot meal after the eleventh hour and allow twenty (20) minutes for eating same. If required to work additional hours, a hot meal will be furnished every five (5) hours and twenty (20) minutes allowed for eating same. This provision will effect unscheduled or emergency work only. On scheduled overtime work, the craftsman will make provision for his own meal after the eleventh hour of work and shall have twenty (20) minutes for eating same. If additional hours are worked, the contractor will furnish hot meals after each fifth hour.

## ARTICLE 30
## REFRESHMENT

Craftsmen will be permitted to have a refreshment at or near their work station, not organized.

## ARTICLE 31
## PREMIUM PAY

Employees working with carbon-filled acid resisting and/or epoxy-type mortar shall be given one-half hour's pay at the regular rate as compensatory expense for damage to wearing apparel, tools, and eye glasses.

Trowel trades shall be reimbursed by the contractor for clothing, shoes, and eye glasses which are materially damaged by acids or other corrosive materials when required to work near such materials. The Superintendent shall determine whether such clothing, shoes, and eye glasses have been materially damaged. The phrase "corrosive materials" shall include paint that may permanently damage eye glasses.

Employees working on swinging, hung, or suspended scaffolds less then four feet (4') in width shall be paid twenty-five cents ($.25) per hour more than the journeyman rate.

Operators of devices for cutting refractory materials shall be paid twenty-five cents ($.25) per hour more than the established rates.



This is a copy printed from the IUBAC Document Management System.

## ARTICLE 32
## WAGES

Payment of wages shall be weekly and during working hours, normally on Friday, but in any event, not later than three (3) days after the close of the payroll period; however, by mutual consent between the contractor and the Union, this time may be modified. Payment shall be in currency or by company check with a statement of wages and itemized deductions attached. This check shall be drawn on a bank which is chartered by the State of Florida. If a payroll check shall have been returned by a bank because of insufficient funds, then at the option of the Union, payment by that company shall thereafter be made in cash.

Any employee forced to wait beyond normal working hours for his pay shall be paid at the overtime rate for the waiting time. If the circumstances are beyond the control of the contractor, overtime payment is not requested.

Any employee discharged for stealing, inefficiency, failure to perform work as instructed by the foreman, or intoxication shall be paid for hours worked only.

Effective the first payroll period on or after:

| BRICKLAYERS, STONE MASONS, MARBLE MASONS, AND POINTERS, CAULKERS, AND CLEANERS: | 5/1/98 | 5/1/99 | 5/1/00 |
|---|---|---|---|
| Wages | $18.40 | + $.70 | + $.70 |
| Welfare Fund | 1.75 | | |
| Pension Fund | 1.05 | to be voted on | |
| International Pension Fund | .50 | by members | |
| Apprenticeship Fund | .25 | | |
| International Masonry Institute | .10 | | |
| Contractors-Unions Trust | .02 | .02 | .02 |
| Safety Training Trust Fund | .02 | .02 | .02 |
| Agreement Adm./Training | .07 | .07 | .07 |
| | $22.16 | $22.86 | $23.56 |

| TILE, TERRAZZO, AND MOSAIC WORKERS: | 5/1/98 | 5/1/99 | 5/1/00 |
|---|---|---|---|
| Wages | $18.25 | + $.70 | + $.70 |
| Welfare Fund | 1.75 | | |
| Pension Fund | 1.05 | to be voted on | |
| International Pension Fund | .50 | by members | |
| Apprenticeship Fund | .25 | | |
| International Masonry Institute | .10 | | |
| Contractors-Unions Trust | .02 | .02 | .02 |
| Safety Training Trust Fund | .02 | .02 | .02 |
| Agreement Adm./Training | .07 | .07 | .07 |
| | $22.01 | $22.71 | $23.41 |



This is a copy printed from the IUBAC Document Management System.

| CEMENT MASONS: | 5/1/98 | 5/1/99 | 5/1/00 |
|---|---|---|---|
| Wages | $17.80 | + $.70 | + $.70 |
| Welfare Fund | 1.75 | | |
| Pension Fund | 1.05 | to be voted on by members | |
| International Pension Fund | .50 | | |
| Apprenticeship Fund | .25 | | |
| International Masonry Institute | .10 | | |
| Contractors-Unions Trust | .02 | .02 | .02 |
| Safety Training Trust Fund | .02 | .02 | .02 |
| Agreement Adm./Training | .07 | .07 | .07 |
| | $21.56 | $22.26 | $22.96 |

FOREMAN...................$ .60 above journeyman scale
GENERAL FOREMAN...........$1.20 above journeyman scale

APPRENTICE RATES: Percent of basic journeyman rates as follows:

| Bricklayers | | Cement Masons | | Other Classifications | |
|---|---|---|---|---|---|
| 1st 3 months | 50% | 1st 6 months | 70% | 1st 3 months | 50% |
| 2nd 3 months | 55% | 2nd 6 months | 75% | 2nd 3 months | 55% |
| 2nd 6 months | 60% | 3rd 6 months | 80% | 2nd 6 months | 65% |
| 3rd 6 months | 65% | 4th 6 months | 85% | 3rd 6 months | 75% |
| 4th 6 months | 75% | 5th 6 months | 90% | 4th 6 months | 85% |
| 5th 6 months | 85% | 6th 6 months | 95% | 5th 6 months | 90% |
| 6th 6 months | 95% | | | 6th 6 months | 95% |

DEFINITION OF INDUSTRIAL WORK: Any job involving facilities that manufacture, produce, or process a product, excluding retail food establishments (grocery stores and restaurants), all work performed for utility companies, cemeteries, race tracks, and dog tracks.

ACCEPTANCE OF TRUST: By execution or by written acceptance and agreement to be bound hereby, each contractor accepts and agrees to be bound by the various trust instruments creating the Welfare, Pension, International Pension, and Joint Apprenticeship Funds, International Masonry Institute, and Contractors-Unions Cooperation Building and Maintenance Industry Trust, and accepts the contractor trustees heretofore or hereafter appointed, and ratifies and confirms their actions in accordance with the respective trust instruments.

## ARTICLE 33
## CHECKOFF

The contractor agrees to deduct from the wages of all employees covered by this Agreement, for whom the contractor has a properly executed written authorization, regular working dues in such amounts per hour as certified by the Union for each hour he is employed and/



This is a copy printed from the IUBAC Document Management System.

or paid by the contractor. These monies shall be remitted to Administrative Services, Inc., or other agreed upon corporate fiduciary, not later than three (3) working days after the end of each weekly payroll period, on a form to be furnished by the Administrator, in a single check which shall include all other fringe benefits.

The International Union of Bricklayers and Allied Craftsmen Local 1 shall furnish the checkoff authorization which shall read as follows:

AUTHORIZATION FOR REPRESENTATION FOR COLLECTIVE BARGAINING
AND
AUTHORIZATION FOR PAYROLL DEDUCTION FOR UNION DUES

I do hereby designate, appoint, and authorize IUBAC Local 1, AFL-CIO, Tampa, Florida, to represent me in any and all negotiations relative to collective bargaining with my present or any future contractor. The full power and authority to act for the undersigned, as described herein, supersedes any power or authority heretofore given to any person or organization to represent me and shall remain in full force and effect from one (1) year from date and, thereafter, subject to thirty (30) days written notice to the Union of my desire to withdraw such power and authority to act for me in matters referred to herein.

From and after the date hereof, I hereby request and authorize my contractor to deduct from my earnings each week, for my regular initiation fees, dues, and assessments, the amount certified by IUBAC Local 1, AFL-CIO, Tampa, Florida, or provided in the collective bargaining agreement under which I am employed, as Union dues, which monies shall be paid and transmitted as provided in the collective bargaining agreement under which I am employed or to the said Local 1 within three (3) working days after such deduction. The wage assignment and authorization for deduction herein given shall remain in full force and effect for the period of one (1) year from date hereof or until expiration of the current collective bargaining agreement between Local 1 and my contractor, whichever shall first occur, and shall automatically renew itself for successive annual or contract periods unless revoked by me, in writing, with a copy to my contractor and to Local 1, in the thirty (30) day period commencing ninety (90) and ending sixty (60) days in advance of the applicable anniversary or contract date.



This is a copy printed from the IUBAC Document Management System.

| | |
|---|---|
| Signature of Employee | Social Security Number |
| Address | Date |

Upon receipt of the monies and reports as provided herein, the escrow agent will promptly transmit to the Union such monies for each employee for whom it has written authorizations.

The Union shall indemnify and save the contractor and escrow agent harmless against any and all claims, demands, suits, or other forms of liability that shall arise out of or by reason of action taken, or not taken, by the contractor and escrow agent for the purpose of complying with any of the provisions of this Article, or in reliance on any list, notice, authorization, or assignment furnished under any provisions of this Article.

## ARTICLE 34

## CONTRACTORS SIGNATORY TO THIS AGREEMENT

The undersigned contractor agrees that, by agreeing to be bound by the Agreement between the Association and the Union, it thereby becomes a member of the multi-employer bargaining unit covered by said Agreement whether or not it joins the Association.

The contractor hereby delegates full bargaining authority to the Association, which is the recognized bargaining representative for said multi-contractor bargaining unit, and thus states its unequivocal intention to be bound by group, rather than individual, bargaining action.

The undersigned contractor further agrees that it shall be bound by any future collective bargaining agreement, or by any extension, modification, or amendment to the Agreement between the Association and the Union covering this multi-contractor bargaining unit unless the contractor specifically withdraws from the multi-contractor bargaining unit.



This is a copy printed from the IUBAC Document Management System.

## ARTICLE 35
## TRAVELING CONTRACTORS

When the contractor has any work, specified in this Agreement, to be performed outside of the area covered by this Agreement, and within the area covered by an agreement with another affiliate of the International Union of Bricklayers and Allied Craftsmen, the contractor agrees to abide by the full terms and conditions of the Agreement in effect in the jobsite area. Employees covered by this Agreement who are sent to projects outside of the area covered by this Agreement shall be paid at least the established minimum wage scale specified in this Agreement but in no case less than the established minimum wage scale of the local Agreement covering the territory in which such work is being performed plus all contributions specified in the jobsite local Agreement. The contractor shall, in all other matters, be governed by the provisions established in the jobsite local Agreement. If employees are sent to work on a project in an area where there is no local Agreement covering the work specified in this Agreement, the full terms and conditions of this Agreement shall apply.

## ARTICLE 36
## MAINTENANCE OF STANDARDS

The contractor signatory to this Agreement agrees that, in the event he subcontracts any part of work as covered by this Agreement, which work is performed at the site of construction, he shall require that the subcontractor shall abide by the wages, hours of work, and working conditions in this contract, specifically, including all fringe benefit provisions, to include the Agreement Administration/Training, of this Agreement.

## ARTICLE 37
## DURATION

This Agreement shall be effective May 1, 1998, and shall continue in full force through April 30, 2001, and shall be automatically continued yearly thereafter unless written notice of decision to negotiate a new Agreement, in whole or in part, is given in writing by either party to the other not later than sixty (60) days nor more



This is a copy printed from the IUBAC Document Management System.

than ninety (90) days prior to the expiration date or any anniversary date thereafter. If the parties fail to reach an agreement in such negotiations, the issues in dispute shall be submitted to a National Joint Labor-Management Dispute Settlement Plan designated by the International Union of Bricklayers and Allied Craftsmen for such steps as are deemed appropriate in accordance with the procedures of such plan. The parties may, at anytime, mutually agree to change or amend any part of this Agreement and such changes or modifications shall not affect the continuing nature of this Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year first above written.

UNION CONTRACTORS AND SUBCONTRACTORS ASSOCIATION, INC.

______________________________
Fal Johnson, Chairman

INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, LOCAL 1
TAMPA, FLORIDA

______________________________
Robert Blanco, President



This is a copy printed from the IUBAC Document Management System.

# INDUSTRIAL AGREEMENT
## INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS
## LOCAL 1, JACKSONVILLE, FLORIDA

Robert Blanco, President — 145 E 1st Street
Bricklayers and Allied Craftworkers — Jacksonville, Florida 32706

This will acknowledge that the undersigned, acting for and on behalf of

______________________________
(Company Name)

hereby accepts, adopts, and agrees to be bound by each and every term and provision, including those which create and require contributions to Welfare, Pension, International Pensions, and Apprenticeship Funds, International Masonry Institute, Contractors-Unions Cooperation Building and Maintenance Industry Trust, Safety Training Trust Fund, and Agreement Administration/Training, for the benefit of employees and their dependents, all contained in that certain Collective Bargaining Agreement, made and entered into on May 1,1998 at Tallahassee, Florida, of the International Union Of Bricklayers and Allied Craftsmen, Local 1, and the Union Contractors and Subcontractors Association, Inc.

By Execution of this undertaking, the undersigned expressly acknowledges that he has received and examined a true and exact copy of the aforementioned Collective Bargaining Agreement. In addition, the undersigned contractor adopts and accepts as his representatives in the administration of the aforementioned Welfare, Pensions, International Pension, and Apprenticeship Funds, and International Masonry Institute, those trustees who are acting as contractor trustee and each and every term and provision of the trust instrument pursuant to which said funds are administered.

The aforementioned Collective Bargaining Agreement, as amended, shall be in full force and effect until April 30,2001.

| Accepted for Company: | Workers' Compensation Ins. Carrier: |
|---|---|
| ______________________ | ______________________ |
| Please Print Name | ______________________ |
| ______________________ | ______________________ |
| Signature of Above Contractor | Accepted for Local #1: |
| ______________________ | ______________________ |
| Local Address | Robert Blanco, President - BAC |
| ______________________ | ______________________ |
| Local Phone Number | Date |



This is a copy printed from the IUBAC Document Management System.

P.01

RECEIVED SEP 2 1999

RECEIVED ... 10 1999

INDUSTRIAL AGREEMENT
INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN
LOCAL 1, TAMPA, FLORIDA

Robert Blanco, President
Bricklayers and Allied Craftsmen
4502 W. M.L.King Boulevard
Tampa, Florida 33614

This will acknowledge that the undersigned, acting for and on behalf of

NORRIS & SON, INC.
(Company Name)

hereby accepts, adopts, and agrees to be bound by each and every term and provision, including those which create and require contributions to Welfare, Pension, International Pension, and Apprenticeship Funds, International Masonry Institute, Contractors-Unions Cooperation Building and Maintenance Industry Trust, Safety Training Trust Fund, and Agreement Administration/Training, for the benefit of employees and their dependents, all contained in that certain Collective Bargaining Agreement, made and entered into on May 1, 1998, at Tampa, Hillsborough County, Florida, of the International Union of Bricklayers and Allied Craftsmen, Local 1, and the Union Contractors and Subcontractors Association, Inc.

By execution of this undertaking, the undersigned expressly acknowledges that he has received and examined a true and exact copy of the aforementioned Collective Bargaining Agreement. In addition, the undersigned contractor adopts and accepts as his representatives in the administration of the aforementioned Welfare, Pension, International Pension, and Apprenticeship Funds, and International Masonry Institute, those trustees who are acting as contractor trustees and each and every term and provision of the trust instrument pursuant to which said funds are administered.

The aforementioned Collective Bargaining Agreement, as amended, shall be in full force and effect until April 30, 2001.

Accepted for Company:

Scott A. Norris
Please Print Name

[signature]
Signature of Above Contractor

PO Box 71957, Chattanooga TN. 37407
Local Address

(423) 624-7317
Local Phone Number

Workers' Compensation Ins. Carrier:

American Interstate
DeRidder, Louisiana

Accepted for Local 1:

Mark Petersen - Field Rep
Robert Blanco, President - BAC

3/31/98
Date

Copy: Contractor
Union

Union Contractors & Subcontractors Assoc., Inc.
4418 Florida National Drive
Lakeland, FL 33813

B.A.C. LOCAL #1, FLORIDA
3127 W. Hallandale Beach Blvd., Suite 101
Pembroke Park, Florida 33009

 #3

This is a copy printed from the IUBAC Document Management System.

**EXHIBIT B**

# Bricklayers & Allied Craftworkers
## Local Union # 5 of Tennessee/Kentucky

COLLECTIVE BARGAINING AGREEMENT

Article I

PREAMBLE

This Agreement made and entered into this 17th day of April, 2000, by and between NORRIS & SON, INC., hereinafter called the CONTRACTOR, and Bricklayers and Allied Craftworkers Local Union No. 5 of Tennessee/ Kentucky, affiliated with the International Union of Bricklayers and Allied Craftworkers, hereinafter called the UNION. This Agreement contains all the citations agreed upon and effective between the CONTRACOTR and the UNION, except as hereinbelow set forth. No agent or representative of either party has the authority, individually, to alter or to modify the Agreement. Any modification of the Agreement shall be made only by the mutual consent of both parties in writing.

Article II

MANAGEMENT RECOGNITION

Except as otherwise provided herein, the CONTRACTOR shall have the right to hire, to fire for just cause, to direct the working force, and to manage their business in accordance with their judgment.

## Article III

## UNION RECOGNITION

The Employer hereby recognizes and acknowledges that the Union is the exclusive representative of all of its employees in the job classifications falling within the jurisdiction of the Union, as defined in Article IV of this Agreement.

## Article IV

## JURISDICTION

The work jurisdiction by this Agreement when performed by the Employer shall include that work which has been historically, traditionally or contractually assigned to members of the International Union of Bricklayers and Allied Craftworkers.

## Article V

## AREA OF COVERAGE

This contract shall apply in the following counties in Tennessee:

| | | |
|---|---|---|
| Bledsoe | Marion | Rhea |
| Bradley | Meigs | Roane |
| Franklin | McMinn | Sequatchie |
| Grundy | Polk | Van Buren |
| Hamilton | | |

Alabama: The Northern part of Jackson County lying north of a line at the Northern city limits of Stevenson and extending from the Western boundary of Jackson County to the Western boundary of Dade County; Georgia.

Georgia: From the Southernmost tip of Dade County to the intersection of Highway 143 where it meets Highway 27 North of LaFayette, Georgia: from there on a line parallel to the Tennessee-Georgia State Line to Highway 151 and the North following Highway 151 to Ringgold, Georgia; then follow Highway 2 to the Catossa County Line North to the Tennessee Line. Dade County, Towns County, Union County.

Article VI

OTHER AGREEMENTS

No agreement made by any other group of Employees and/or Union shall in any way affect or supercede or change this Agreement.

Article VII

KEY MEN

(1) A minimum number of key men such as foremen or superintendents transferred from one locality to another by the employer may exercise their proper functions without opposition from the local Union or the International Union.

(2) The Employer shall have the right to determine the competency and qualifications of men and the right to hire or not to hire accordingly.

(3) The selection of applicants for jobs shall be on a non-discriminatory basis and shall not be based upon or in any way affected by union membership, bylaws, rules, regulations, constitutional provisions or any other aspect or obligations of union membership, policies or requirements.

(4) The Union and the Employer shall post in places where their notices to employees and applicants for employment are customarily posted, the provisions relating to the functioning of the hiring arrangement set forth above.

(5) Foremen's Rate: Foremen shall receive $1.00 above journeyman's rate regardless of the number of mechanics or apprentices supervised.

(6) General Foreman Rate: General Foremen shall receive $1.50 above journeyman's when he has two or more foreman under him and as many as 25 or more bricklayers and other members of Local #5 under him.

Article VIII

WAGES

(1) Hourly Wage Rates: The hourly rates herein shall apply to all trade classifications belonging to Bricklayers and Allied Craftworkers Local #5.

(2) Hourly Wage Rates: Employees in any trade classification included within the jurisdiction of the Union and area of coverage as defined in Articles 4 and 5 of this Agreement shall be paid a base hourly wage of at least the amount set forth below. In addition, for each hour paid, the Employer shall contribute to the Retirement Fund, Masonry Institute of Tennessee, and the working assessment amounts set forth below:

| | May 1, 2000 | May 1, 2001 |
|---|---|---|
| Total Wage Package | $ 21.37 | $ 22.07 |
| Bricklayer's Int'l Pension | $ 1.50 | $ 1.50 |
| Masonry Institute of Tennessee | $ .07 | $ .07 |
| Optional Health & Welfare | | |
| Optional 401K Plan | | |
| Base Wage | $ 19.80 | $ 20.50 |
| International Dues Check Off | $ .21 | $ .22 |
| Local Dues Check Off | .42 | .44 |

There will be no contributions to the Apprenticeship Fund at this time.

(3) Improvers & Apprentice Rate: Apprentices shall be paid as minimum wage the following percentages of a Bricklayer's base hourly rate as stated in Section 2 above, plus the same amount of Retirement benefits per hour as the bricklayer:

1 st 6 months -- 55%
2nd 6 months -- 60%
3rd 6 months -- 65%
4th 6 months -- 70%
5th 6 months -- 80%
6th 6 months -- 90%

(4) For the purpose of this Article, each hour paid for, including hours attributable to show-up time, and all other hours for which pay is received by the employee, in accordance with this Agreement, shall be counted as hours for which contributions repayable to each fund designated in Section I of this Article, but hours worked at a premium rate of pay shall not affect the rate of hourly contribution to these funds.

(5) Contributions shall be paid on behalf of all covered employees starting with the employee's first day of employment in a job classification covered by this Agreement.

Article IX

JOINTLY TRUSTED FUNDS

Section 1. In addition to the wages and other payments herein provided for, the EMPLOYER agrees, beginning on May 1, 1996, and for the duration of the Agreement and for any renewals or extensions thereto, to pay the specified contributions to the following designated funds.

RETIREMENT TRUST FUND

The Trust Agreement dated December 12, 1967, as amended, by and between the SIGNATORY CONTRACTORS and the UNION is hereby accepted by the EMPLOYER and the UNION as part of this contract, and is incorporated by reference as if fully recited herein.

LOCAL/REGIONAL PROMOTION FUND

Masonry Institute of Tennessee

(1) The contribution to the Masonry Institute of Tennessee shall be a total of Seven Cents .07 for each hour or portion thereof, for which a covered employee receives pay.

(2) The payments required above shall be made to the Masonry Institute of Tennessee which was established under an Agreement and Declaration of Trust, dated 12/1/81.

Health & Welfare Plan

Section 1 The employer accepts and agrees to be bound by the trust agreement of BAC Local 5 of Tennessee Health and Welfare Trust Fund.

Section 2 The Employer agrees he will withhold from each employees Total wage package and pay into BAC Local 5 of Tennessee Health and Welfare Fund the amount set by the trustees per hour for each hour worked by each covered employee as outlined in Article VIII.

Section 3 The Employer and Union both agree that each employee will have the option to sign a wavier stating that they do not wish to participate in BAC Local 5 of Tennessee Health and Welfare Plan. Those employees signing such wavier shall be paid full base wage as outline in Article VIII.

Optional 401K Plan

Section 1 The Employer hereby agrees to participate in BAC SAVE – The Bricklayers and Trowel Trades International Retirement Savings Plan (the Plan) on behalf of all employees represented for purposes of collective bargaining under this Agreement and other employees as permitted under this plan.

Section 2 Effective May 1, 1998, the Employer will make or cause to be made pre-tax payroll deductions from participating employees' wages, in accordance with each employee's salary deferral election, subject to compliance with ERISA and the relevant tax code provisions. The Employer will forward the withheld sum to Bricklayers & Trowel Trades International Pension Plan or its successors at such time, and in such form and manner as required pursuant to the Plan and Declaration of Trust and requirements of law. Each employee shall have the opportunity to change the amount of wages so deferred at intervals specified in the Plan and Declaration of Trust.

CONTRACT CLAUSE FOR WORKING DUES CHECK-OFF

Section 1 The Employer shall deduct from the wages of each employee who has singed a dues check-off authorization conforming to federal law, and transmit monthly to the Union (or to any agency designated by said Union for collection of said money), the sum for each hour paid which the Union has specified, or specifies from time to time and so advises the Employer in writing, as the portion of each employee's Union dues to said Union, to its International Union, or to any other affiliate of the International Union, subject to check-off. The sums transmitted shall be accompanied by a statement, in a form specified by the Union, reporting the name of each person whose dues are being paid and the number of hours each employee has been paid.

Section 2 The EMPLOYER hereby agree to be bound by any and to the above stated Agreements and Declarations of Trusts, as though he had actually signed the individual documents and further agrees to be bound by all actions taken by the Trustees of these funds pursuant to said Agreements and Declarations of Trusts.

Section 3 If the EMPLOYER fails to make any contribution specified in this Article, within twenty (20) days after the date required by, the Trustees, and Union shall have the right to take whatever steps are necessary, including the withdrawal of manpower, to secure compliance with this Agreement, and other provision hereof to the contrary notwithstanding, and the EMPLOYER shall he liable for all costs for collection of payments due together with attorney's fees and such liquidated damages as may be assessed by the Trustees. The EMPLOYERS' liability for payment under this Article shall not be subject to or covered by any grievance or arbitration procedure or any "no strike" clause which may be provided for as set forth elsewhere in this Agreement.

Section 4 The EMPLOYER hereby irrevocably designates as its representative on the above stated Boards of Trustees such Trustees as are now serving, or who will in the future serve, as Employer Trustees, together with their successors.

Section 5 For the purpose of this Article, each hour paid for, including hours attributable to show-up time, and all other hours for which pay is received by the employee, in accordance with this Agreement, shall be counted as hours for which contributions are payable to each fund designated in Section I of this Article.

Section 6 All contributions shall be made at a time and in such a manner as the Trustees require; and the Trustees shall have the authority to have an independent Certified Public Accountant audit the time books, payroll and rate records of the EMPLOYER for the purpose of determining the accuracy of contributions to the funds designated in Section I of this Article.

## Article X

## WORKING RULES

(1) Hours of Work and Overtime Pay: Eight (8) hours shall constitute a day's work between the hours of 7:00 a.m. and 5:00 p.m., Monday through Friday. All work performed beyond eight (8) hours per day or before 7:00 a.m. or after 5:00 p.m. shall be paid for at one and one-half times (1 1/2) the regular rate, first eight (8) hours on Saturday at time and one-half. All work after hours on Saturday, all Sundays and Holidays shall be paid for at Double (2X) the regular rate of pay, except for shift work where (2) or more shifts are employed. Shift work is as follows:

Three Shift: First shift shall remain on the job for 8 1/2 hours, be paid for 8 hours work; second shift shall remain on the job for 8 hours, be paid for 8 hours for 7 1/2 hours work; third shift shall remain on the job 7 1/2 hours, be paid for 8 hours for 7 hours work.

Two twelve hour shifts: First shift shall remain on the job for 12 1/2 hours, be paid for 8 hours straight time and 4 hours at time and one-half; second shift shall remain in the job for 11 1/2 hours, be paid for 8 hours straight time and 4 hours at time and one-half for 11 hours work.

Two ten hour shifts: First shift shall remain on the job for 10 1/2 hours, be paid for 8 hours straight time and two hours at time and one-half; second shift shall remain on the job 10 hours, be paid for 8 hours straight time and 2 hours at time and one-half for all 9 1/2 hours work.

Upon written request by the Contractor of the Union, the parties agree that the hours of work may be modified to adjust for Day-light Saving Time.

Makeup time shall be used on Saturday for the full year at a rate of straight time. Anything over 40 hours will be paid at time and one-half (1 1/2). Time taken for Holidays will not be counted.

(2) Payday: Friday, not later than fifteen (15) minutes after regular quitting time, shall be payday. If any man is kept waiting for his money longer than the regular quitting time, plus the fifteen (15) minutes noted above, he shall be paid doubletime for the remainder of his waiting time. Not more that five (5) days pay may be held back in order to give the employer time to make up his payroll. Masons shall be paid in cash or by check.

(3) Layoff: Any man discharged or laid off for a definite or indefinite period of time shall be paid in full at the time of discharge or layoff.

(4) Holidays: The Holidays to be observed by all personnel covered by this Agreement shall be: New Years Day, Decoration Day, Fourth of July, Labor Day, Thanksgiving, and Christmas. When either of these Holidays falls upon Sunday, the following Monday shall be observed as a Holiday. If a Holiday falls on Saturday, the previous Friday shall be observed. Overtime wages shall be paid for all hours worked on Holidays.

(5) Drinking Water: Employers shall furnish drinking water and sanitary cups on their respective jobs - ice water from April 15 to October 1.

(6) Bonding: No mason may work on commercial, industrial, and institutional jobs unless the employer shall have furnished the Trustees of the various Trustees of the various fringe benefit funds with a surety bond guaranteeing payment of all fringe benefits as listed above. The bond shall be in a n amount equal to the highest amount owed by the employer the various Trust Funds at any one time during the preceding three (3) years, but not less that five thousand dollars ($5000.00). This provision shall become effective as soon as practicable, but not later than November 29,1984, except that an employer beginning business or a contractor from outside the jurisdiction shall have two (2) weeks to furnish the Surety Bond. the Surety Bond shall be in the same form as attached herewith.

(7) Foremen: On jobs where two or more journeymen and apprentices are working, one of the journeymen shall act as foreman and shall be paid at the foreman's rate of pay. If five or more masons or apprentices are employed on a job, the foreman shall not be required to work with his tools.

(8) Cleaning Tools: Masons shall not leave tool house until work time and shall be allowed ten minutes before quitting time to clean and put up tools.

(9) Maximum Heights of Laying Materials: A mason shall not be required to lay materials over forty-eight (48) inches above his feet except where topping out walls, not to exceed six (6) feet, or under a structural system above.

(10) Maximum Weights to be Lifted: Any unit weighing more than 35 pounds shall be lifted and set in place by two (2) bricklayers or apprentices. Any concrete block weighing less than 34 pounds shall be laid on bricklayer or apprentice.

(11) Tool House: Jobs employing ten or more bricklayers shall be required to have a weather tight building of suitable size as a change house and tool room, to be used exclusively by bricklayers, and shall be kept under lock and key.

(12) Licenses, Taxes and Insurance of Employers: No employer, person or company shall be permitted to contract any job without having first purchased the minimum privilege license in the city, county, or state in which he is to perform the contract. If he employs others, he shall obtain a Federal Tax Number, and collect from said employee or employees, report and pay into the respective Government Agencies, such as Federal Income Taxes and Social Security Taxes as are required to be collected from employees, or paid by employers. If he employs more than four people, he shall be required to maintain Workmen's Compensation and Public Liability Insurance. He shall also be required to pay State Unemployment Insurance if his employees work the number of days in the number of weeks required for eligibility.

(13) Voting Time: Any employee shall be allowed to quit early enough before regular quitting time to allow him to get from his job to his assigned polling place for city, county, state, or national elections, one hour before closing of the polls. This same rule shall hold true for Union elections or meetings. "Sufficient Time" shall be defined as the time required to go from job to polling place in an automobile traveling at the rate of 20 miles per hour, by shortest usable public road, in order to arrive at the polls one hour before closing. The employer shall not be required to pay the employees for the time taken out of his regular work period for the time consumed in getting to the polls.

(14) Safety: It shall be the duty of the foreman and job steward to see that all scaffolding is safely constructed and that all parts of the job affecting the well being of the bricklayers and their helpers are maintained in safe condition. It shall be the duty of the employer to see that equipment in good condition is sent to each job, and to see that foremen and stewards are informed and cautioned in the use of any new equipment or materials which may present any unusual hazards in their use.

(15) Employee's Responsibility: A workman shall perform a fair and honest day's work. There shall be no limit on production of workmen or restriction on the full use of proper tools or equipment.

(16) Reporting Time: A workman shall be given two hour's pay if he reports for work at the usual starting time, or when requested, and is not allowed to go to work, except in case of inclement weather, or job conditions over which the contractor has no control, and/or which may create hazardous working conditions.

(17) Break Time: All employees covered by this agreement will be permitted a ten (10) minute refreshment break twice each shift. Employees will remain in their work area while observing their break by having one member of their crew acquire the refreshments whenever practical.

## Article XI

## GENERAL UNDERSTANDING

The UNION agrees to cooperate with the EMPLOYER in meeting conditions peculiar to the job on which it may be engaged. It will at all times meet and confer with the EMPLOYER, and similarly, the EMPLOYER will at all times meet and confer with the UNION respecting any questions or misunderstandings that may arise under the performance of this Agreement.

## Article XII

## ALCOHOL

## DRUG TESTING

The Company has the right to require an employee to submit to a drug or alcohol test under the following circumstances:

a) The Company has just cause to believe that the employee is under the influence of drugs or alcohol.

b) The employee has suffered an injury while at work and it appears that the employee's negligence was the cause of the accident.

c) The employee who is requested to submit to a drug or alcohol test shall do so. failure to submit to a drug or alcohol test when requested shall be cause for immediate discharge.

d) An employee shall submit to a test requiring blood and/or specimens, or to a breath analyzer, whichever is appropriate.

e) An initial drug screen which shows the presence of drugs shall be confirmed by means of a gas chromatography/mass spectrometry technique (GC/MS).

f) A positive reading after GC/MS confirmation shall constitute grounds for immediate discharge.

The Company shall pay for all testing.

## Article XIII

## ARBITRATION

All questions of interpretation, misunderstanding or dispute between the EMPLOYER and the UNION which cannot be settled by the parties involved shall be referred to the Arbitration Board of another signatory Contractor, a Union representative and an independent arbitrator to be approved by both parties and their decision shall be binding, and during this arbitration period, there shall be no stoppage of work.

## Article XIV

## SAVINGS CLAUSE

The parties hereto agree that any provisions in this Agreement which are not or hereinafter may be in contravention of the National Labor Relations Act, as amended, hereby are declared null and void. Should any clause or provision of this Agreement be declared or determined to be illegal, or in conflict with any National Law or Federal Regulation covering the business of the EMPLOYER or the UNION, or in conflict with any law or regulation of any States of the United States covering the business of the EMPLOYER or the UNION, in any such event, both parties agree that they shall meet immediately for the purpose of working our a clause or provision that shall be in complete compliance with such law or regulation.

Chattanooga

Article XV

DURATION OF AGREEMENT

This Agreement shall be effective on the first (1st) day of May, 2000, and shall remain in full force and effect from that date until the thirtieth (30th) day of April 2002, and shall continue in full force and effect from year to year thereafter unless written notice of a desire to negotiate any change is given by either party, not less than sixty (60) days prior to expiration date of this Agreement or the expiration of any renewal period. Changes in working rules may be negotiated at any time by either party giving sixty (60) days notice in writing. This will then be handled through the Aribitration Board.

IN WITNESS THEREOF, the duly authorized representative of the parties hereto have caused their names to be subscribed this 17th day of April, 2000.

Bricklayers & Allied Craftworkers
Local No. 5 Tennessee/Kentucky

Jimmy Temple

President

Title

4/17th/00

Date

Employer

NORRIS & SON, INC.

Scott A. Norris / President

Title

4-17-00

Date

**I (a) PLAINTIFFS**

JOHN FLYNN, et al.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Ira R. Mitzner (202) 420-2200
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006

**DEFENDANTS**

NORRIS & SON, INC.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ◉ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. *Antitrust***

- ☐ 410 Antitrust

**○ B. *Personal Injury/ Malpractice***

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. *Administrative Agency Review***

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. *General Civil (Other)*** OR **○ F. *Pro Se General Civil***

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

**O G. *Habeas Corpus/ 2255***

- ☐ 530 Habeas Corpus-General
- ☐ 510 Motion/Vacate Sentence

**O H. *Employment Discrimination***

- ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)

*(If pro se, select this deck)*

**O I. *FOIA/PRIVACY ACT***

- ☐ 895 Freedom of Information Act
- ☐ 890 Other Statutory Actions (if Privacy Act)

*(If pro se, select this deck)*

**O J. *Student Loan***

- ☐ 152 Recovery of Defaulted Student Loans (excluding veterans)

**⊙ K. *Labor/ERISA (non-employment)***

- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Labor Railway Act
- ☐ 790 Other Labor Litigation
- ☒ 791 Empl. Ret. Inc. Security Act

**O L. *Other Civil Rights (non-employment)***

- ☐ 441 Voting (if not Voting Rights Act)
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights
- ☐ 445 American w/Disabilities-Employment
- ☐ 446 Americans w/Disabilities-Other

**O M. *Contract***

- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholder's Suits
- ☐ 190 Other Contracts
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**O N. *Three-Judge Court***

- ☐ 441 Civil Rights-Voting (if Voting Rights Act)

**V. ORIGIN**

⊙ 1 Original Proceeding O 2 Removed from State Court O 3 Remanded from Appellate Court O 4 Reinstated or Reopened O 5 Transferred from another district (specify) O 6 Multi district Litigation O 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

ERISA - Complaint filed for recovery of delinquent contributions - 29 U.S.C. Sections 1002, 1132, 1145

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** ______ Check YES only if demanded in complaint **JURY DEMAND:** YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

**DATE** 11/15/07 **SIGNATURE OF ATTORNEY OF RECORD**

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.