IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NORRIS & SON, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-2076 (JR) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF IRA MITZNER IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and the counsel to the Plaintiffs in the above-captioned case.

2. On November 27, 2007, service of the Summons and Complaint in this action was made upon Norris & Son, Inc. by delivering said documents at 4015 Calhoun Avenue, Chattonooga, TN 37407 upon Gerry Sadler, Accounting Manager, authorized to accept service on behalf of Norris & Son, Inc.

3. Proof of such service is provided by the Declaration of process server, Denis Bakkom, attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/5/08

Ira R. Mitzner

DSMDB-2399675v01

**EXHIBIT 1**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

    Plaintiffs,

V.

NORRIS & SON, INC.,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER

Case: 1:07-cv-02076
Assigned To : Robertson, James
Assign. Date : 11/15/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

NORRIS & SON, INC.
4015 Calhoun Avenue
Chattanooga, TN  37407

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      NOV 15 2007

CLERK                                    DATE

*[signature]*
(By) DEPUTY CLERK

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | 11-27-07 @ 10:15 |
| NAME OF SERVER *(PRINT)* Denis Bakkom | TITLE | Private Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒  Returned unexecuted: by serving Jerry Sadler, Accounting Manager, authorized to accept. Service was completed at 4015 Calhoun Avenue, Chattanooga, TN 37407

G  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/27/07  *[signature]*
             Date         Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
             Address of Server

\* Exhibits, Initial Electronic Case Filing Order, Notice of Right to Consent to Trial Before United States Magistrate Judge

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Declaration of Ira Mitzner in Support of Service of Summons and Complaint was served by first class mail, postage prepaid, this 5th day of March 2008, upon:

>Norris & Son, Inc.
>4015 Calhoun Avenue
>Chattanooga, TN  37407

Joanne Jackson

2399701.01