CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.
)
Plaintiffs,    )
vs.    )    Civil Action No. 07-2076 (JR)
NORRIS & SON, INC.,    )
)
Defendant.    )

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 5th day of March 2008, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s)

NORRIS & SON, INC.

was [were]:  [personally served with process on November 27, 2007].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: 29 U.S.C. Section 1132(e)(2)].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

Attorney for Plaintiff(s) [signature]
Ira R. Mitzner

Dickstein Shapiro LLP

184564                         1825 Eye St., N.W., Washington, DC  20006

Bar Id. Number        Address and Telephone Number (202) 420-2200

# Exhibit A

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit in Support of Default was served by first class mail, postage prepaid, this 5th day of March 2008, upon:

Norris & Son, Inc.
4015 Calhoun Avenue
Chattanooga, TN 37407

_____
Joanne Jackson

2404878.01