Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al

Plaintiff(s)

Civil Action No. 07-2076 JR

v.

NORRIS & SON, INC.

Defendant(s)

RE: NORRIS & SON, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 27, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 6th day of March, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens

Deputy Clerk