UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, *et al.*,           :
                                :
    Plaintiffs,              :
                                :
  v.                            : Civil Action No. 07-2076 (JR)
                                :
NORRIS & SON, INC.,             :
                                :
    Defendant.               :

### ORDER

If plaintiff has a motion for default judgment, let it be filed no later than April 22, 2008, to avoid the possibility of dismissal for want of prosecution. It is **SO ORDERED**.


                                         JAMES ROBERTSON
                            United States District Judge