IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-2076 (JR) |
| ) | |
| NORRIS & SON, INC., ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXTEND TIME TO FILE MOTION FOR DEFAULT JUDGMENT AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF**

Plaintiffs, by their undersigned counsel, hereby move for an extension of time to file a motion for default judgment.

1. On November 15, 2007, Plaintiffs filed a Complaint in this action.

2. On March 5, 2008, Plaintiffs filed a Return of Service of Summons and Complaint.

3. On March 5, 2008, Defendant not having answered the Complaint, Plaintiffs filed for default.

4. On March 6, 2008, the Clerk of this Court entered default against Defendant for failure to file an Answer to the Complaint.

5. On April 08, 2008, this Court ordered Plaintiffs to file a Motion for Default Judgment by April 22, 2008 or face the possibility of dismissal for want of prosecution.

6. The independent accounting firm of Calibre CPA Group, PLLC, is currently conducting an audit of Defendant's books and records in order to determine the total of any

2429397

delinquent fringe benefit contributions payable to Plaintiffs by Defendant. The audit is currently under way, the Defendant is cooperating, but additional time is needed to complete the review. The results of that review could resolve the issues in this litigation.

7. Accordingly, Plaintiffs hereby seek an extension of sixty (60) days until June 23, 2008, to complete the audit. If settlement cannot be reached between the Parties on the basis of the audit findings prior to that date, Plaintiffs shall file a Motion for Default Judgment.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order granting an extension of sixty (60) days until June 23, 2008, for Plaintiffs to file either a Motion for Default Judgment or, in the event of settlement, a Notice of Dismissal in this action.

Dated: April 22, 2008

Respectfully submitted,

By: /s/ Ira R. Mitzner
Ira R. Mitzner
DC Bar No. 184564
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
(202) 420-2200

Attorney for Plaintiffs

2429397

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-2076 (JR) |
| ) | |
| NORRIS & SON, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Plaintiffs' Motion to Extend Time to File Motion for Default Judgment and Incorporated Memorandum in Support Thereof, the Court finds that good cause has been shown for the granting of this Motion.

**ACCORDINGLY**, it is hereby

**ORDERED** that the Motion be, and it hereby is, **GRANTED**, and further

**ORDERED** that Plaintiffs shall:

File a Motion for Default Judgment on or before June 23, 2008

**SO ORDERED** this _____ day of _____, 2008.

_____
Judge James Robertson

2429415

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>NORRIS & SON, INC., )<br><br>Defendant. ) | Civil Action No. 07-2076 (JR) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esquire
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, D.C.  20006-5403

    Norris & Son, Inc.
    4015 Calhoun Avenue
    Chattanooga, TN  37407

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Extend Time to File Motion for Default Judgment and Incorporated Memorandum in Support Thereof was served by first class mail, postage prepaid, this __22__ day of April 2008, upon:

    Norris & Son, Inc.
    4015 Calhoun Avenue
    Chattanooga, TN  37407

                                _/s/ Deborah Payne_
                                Deborah Payne