IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NORRIS & SON, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 07-2076 (JR) |

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(a), Federal Rules of Civil Procedure, Plaintiffs hereby notice the voluntary dismissal of this action against Defendant, Norris & Son, Inc.

June 23, 2008

/s/
Ira R. Mitzner, DC Bar #184564
Charles V. Mehler III, DC Bar #475909
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

Counsel for the Plaintiffs

2459408

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Dismissal, proposed Order, and Local Rule 7(k) Statement was served by first class mail, postage prepaid, this 23rd day of June 2008, upon:

>Norris & Son, Inc.
>4015 Calhoun Avenue
>Chattanooga, TN  37407

_____
Chanda Morgan

2459421

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NORRIS & SON, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 07-2076 (JR) |

**ORDER DISMISSING COMPLAINT**

Upon consideration of the attached Notice of Dismissal filed by Plaintiffs in connection with claims filed for delinquent fringe benefit contributions due Plaintiffs by Defendant, it is this ____ day of _____, 2008 by the United States District Court for the District of Columbia,

**ORDERED**, that the Complaint hereby is dismissed.

_____
James Robertson
United States District Court Judge

2459418

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al.,<br><br>             Plaintiffs,<br><br>    v.<br><br>NORRIS & SON, INC.,<br><br>             Defendant. | Civil Action No. 07-2076 (JR) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esquire
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, D.C. 20006-5403

    Norris & Son, Inc.
    4015 Calhoun Avenue
    Chattanooga, ,TN 37407